Thomas H. Clay #1124123
Estelle Unit HSG-214
264 Fm 3478 road
Huntsville Texas 77320
August 3rd 2015

36/189-03

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 13 2015

Abel Acosta, Clerk

To: The Texas Supreme Court
Attn: Presiding Judge: Sharon Keller —only—
Supreme Court Building
201 West 14th Street, Room # 106
Austin, Texas 78701

Honorable Judge Keller,

I'm writting to recive direction As to The Supreme Court requirements of Format that is Acceptable in order to File Writ of Mandamus or Writ of Error, When A State official Namingly A District Attorney, Fails or refuses to enforce The Texas Penal code towards Correctional facility employees under § 39.04 (a)(1)? And if Redress is Accepted by This Court when that Neglect to enforce or refusal violates Federal Statue 42 USC § 1986 when Failing to Prevent Acts Advised of being committed under 42 USC § 1985(3)?

I've filed a Motion For "Request For Removal" of Tex Pen Code 39.04 (a)(1) Complaint's to be Removed From State Court to Federal Jurisdiction under 28 USC § 1441(a) An 1367 to the district Attorney And I'm Needing to Know if This Court Provides Forms or A Modled Format Packet to redress the refusal or denial to do Such removal warrented As A matter of Law under Federal Jurisdiction?

The district Attorney is violating My equal Protection And Has failed to Prevent or Aid In the Preventing of These conspired Acts documented. If A review of Those complaints is Needed by this Court to determine that Such Inaction or neglect or refusal to enforce Texas Penal Code of Violation of Civil rights of Persons In custody Can come under review of This Court; Please Advise me of the Method required by this Supreme Court to do so. Thankyou For Assistance.

Respectfully,

Thomas H. Clay #1124123

1 of 1